JONI L. GRAY, ESQUIRE
WIZMUR & FINBERG, LLP
Evesham Commons
525 Route 73 S., Suite 200
Marlton, New Jersey 08053
(856) 988-9055
Attorney for Debtor(s)

| | |
|---|---|
| IN RE: | :UNITED STATES BANKRUPTCY COURT |
| | : DISTRICT OF NEW JERSEY |
| | : |
| MICHAEL P. SULLIVAN and | : CHAPTER 13 |
| KRISTEN A. SULLIVAN | : CASE NO.:  12-25363/GMB |
| | : |
| Debtor | : NOTICE OF MOTION TO REOPEN |
| | : TO ADMINISTER CHAPTER 7 ASSET |
| | : CASE |
| | : |
| | : RETURN DATE: |
| | : TIME: |
| | : ORAL ARGUMENT REQUESTED |

TO:   Brian Thomas, Chapter 7 Trustee
      327 Central Ave., Ste. 103
      Linwood, NJ 08221

      United States Trustee
      Jeffrey Sponder
      One Newark Center, Ste. 2100
      Newark, NJ 07102

      All creditors on proof of service

**PLEASE TAKE NOTICE** that the undersigned Attorney for the Debtor shall move before the

Honorable Gloria M. Burns, United States Bankruptcy Judge, 401 Market Street, Camden, New Jersey on

the _____ day of May, 2014 at 10:00AM or as soon thereafter as counsel may be heard for a Motion to

Reopen to Administer Chapter 7 Asset Case.

The movant shall rely on the annexed Certification in support of the requested Order.

Oral argument of the Motion are hereby waived unless an Answer is timely filed by the responsive

party at least seven (7) days prior to the return date hereof.

As the within Motion requests to reopen the debtor's case and the facts and/or law relied upon do not present complicated or unique questions, it is hereby submitted that no brief is necessary.

**WIZMUR & FINBERG, LLP**
**Attorneys for Debtor**

DATED:    April 28, 2014            /s/ Joni L. Gray
**Joni L. Gray, Esq.**